JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT ORTEGA,<br><br>        Petitioner,<br><br>   v.<br><br>WARDEN,<br><br>        Respondent. | Case No. 2:22-cv-01417-RSWL-AFM<br><br>**JUDGMENT** |

    This matter came before the Court on the Petition of GILBERT ORTEGA for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

    IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: April 25, 2022

                                      */S/ RONALD S.W. LEW*
                                      RONALD S.W. LEW
                         Senior United States District Judge